UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTO BAUER GARCIA,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF NAPA, et al.,<br><br>   Defendant. | Case No. 24-cv-03221-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 15 |

  The Court has reviewed Judge Laurel Beeler's Report and Recommendation Re: Screening Order and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, this case is dismissed with prejudice.

  **IT IS SO ORDERED.**

Dated: November 13, 2024

                _____
                VINCE CHHABRIA
                United States District Judge